# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| SAINT LUKE'S HOSPITAL OF BETHLEHEM, PENNSYLVANIA D/B/A ST. LUKE'S HOSPITAL. AND ST. LUKE'S HOSPITAL & HEALTH NETWORK , | : No. 839 MAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court |
| Petitioners | : |
| v. | : |
| JOHN R. VIVIAN, JR., ESQ., MARTIN D. COHEN, ESQ., COHEN & FEELEY, P.C., DR. JOHN SHANE, M.D., HARRY H. MILLER, EXECUTOR OF THE ESTATE OF REGINA C. MILLER, DECEASED, | : |
| Respondents | : |
| ------------------------------------ | : |
| SAINT LUKE'S HOSPITAL OF BETHLEHEM, PENNSYLVANIA D/B/A ST. LUKE'S HOSPITAL AND ST. LUKE'S HOSPITAL & HEALTH NETWORK , | : |
| Petitioners | : |
| v. | : |
| JOHN R. VIVIAN JR., ESQ., MARTIN D. COHEN, ESQ., COHEN & FEELEY, P.C., DR. JOHN D. SHANE, M.D., ROBERT E. HALL, JR. AND LESLIE A. HALL, CO-EXECUTORS OF THE ESTATE OF MARILYN J. HALL, DECEASED, | : |
| Respondents | : |

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 20th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.